# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### PIKEVILLE

| | |
|---|---|
| **LINDA JAN MINIX,** | **CIVIL ACTION NO. 7:20-25-KKC** |
|     **Plaintiff,** | |
| **V.** | **MEMORANDUM ORDER** |
| **ANDREW SAUL,** *Commissioner of Social Security*, | |
|     **Defendant.** | |

**\*\*\* \*\*\* \*\*\***

This matter is before the Court on the Commissioner's unopposed motion to remand this case to the Social Security Administration for further proceedings. Sentence four of 42 U.S.C. § 405(g) provides that the Court may, upon the pleadings and the transcript of the administrative record, enter judgment and remand the case to the Commissioner for a rehearing and a new decision. The plaintiff does not oppose this request. Therefore, the Court, having reviewed the record and being adequately advised,

IT IS ORDERED as follows:

1. The Commissioner's motion to remand (DE 11) is GRANTED

2. Plaintiff's motion for summary judgment (DE 9) is DENIED as moot.

3. The Court shall enter a judgment by separate Order.

Dated this 23rd day of September, 2020.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY